UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RAYSHUN GOODEN-EL,   Plaintiff, | )<br>)<br>) |
| vs. | )   No. 3:20-CV-320-B (BH) |
| | ) |
| DALLAS COUNTY, et al.   Defendants. | )<br>) |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's complaint will be dismissed with prejudice, except that any habeas claims will be dismissed without prejudice to the filing of a future habeas action.

SIGNED this 27th day of July, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE